**Order entered November 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00810-CV

### BENCHMARK BANK, Appellant

### V.

### AMERICAN NATIONAL BANK OF TEXAS, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00988-2010**

## ORDER

We **GRANT** the November 11, 2014 unopposed motion of appellant/cross-appellee to

file its cross-appellee's brief. The brief shall be filed by **December 15, 2014**.


/s/     ELIZABETH LANG-MIERS
JUSTICE